THERESE M. LAWLESS - Bar # 127341
LISA P. MAK - Bar # 260281
LAWLESS & LAWLESS
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 391-7555
tlawless@lawlesssf.com
lmak@lawlesssf.com

Attorneys for Plaintiffs
SOPHIE A. MADDOX, PHYLLIS DANOS,
JOANN WETHERN, IDA LOCKE-REESE,
THERESA K. SCHMART and SHARLEEN HESLA

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SOPHIE A. MADDOX, PHYLLIS DANOS, JOANN WETHERN, IDA LOCKE-REESE, THERESA K. SCHMART and SHARLEEN HESLA,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>J. C. PENNEY COMPANY, INC.,<br>J. C. PENNEY CORPORATION, INC.<br> and DOES ONE through FIFTY, inclusive,<br><br>                    Defendants. | Case No. 2:11-CV-02353-JAM-DAD<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR DISCLOSURE OF EXPERT WITNESSES<br><br><br><br><br><br><br><br><br><br>Judge: John A. Mendez |

WHEREAS, the parties mutually agree that it would be premature to designate and disclose experts at this time prior to the depositions of Defendants and their witnesses, the parties hereby stipulate to extend the deadlines set in the Court's November 8, 2011 Pre-Trial Scheduling Order as follows:

The parties shall make expert witness disclosures under Fed. R. Civ. P. 26 (a) (2) by August 20, 2012.  Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26 (a)

(2) (c) shall be made by August 27, 2012.  All other provisions in the Court's Pre-Trial Scheduling Order shall remain unchanged.

DATED:  July 18, 2012                                        LAWLESS & LAWLESS

                                         By:           /s/   Therese M. Lawless
                                                  Therese M. Lawless
                                                  Lisa P. Mak
                                                  Attorneys for Plaintiffs

DATED:  _____                            J.C. PENNEY CORPORATION, INC.

                                         By:   _/s/_____
                                                  Catherine C. Kays
                                                  Attorneys for Defendants

## **ORDER**

IT IS SO ORDERED, AS STIPULATE D ABOVE.

DATED:  July 19, 2012                                        /s/ John A. Mendez
                                                           Hon. John A. Mendez
                                                           United States District Judge