THERESE M. LAWLESS - Bar # 127341
LISA P. MAK - Bar # 260281
LAWLESS & LAWLESS
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 391-7555
Email: tlawless@lawlesssf.com
Email: lmak@lawlesssf.com

Attorneys for Plaintiffs
SOPHIE A. MADDOX, ET AL.

CATHERINE C. KAYS - TX State Bar No. 04384300
*Admitted Pro Hac Vice*
J.C. PENNEY CORPORATION, INC.
6501 Legacy Drive, MS 1122
Plano, TX 75024
Tel:  (972) 431-1239
Email: ckays@jcpenney.com

REX DARRELL BERRY - Bar # 110219
BERRY & BLOCK LLP
2150 River Plaza Dr., Suite 415
Sacramento, CA 95833
Tel:  (916) 564-2000
Email: rberry@berryblock.com

Attorneys for Defendants
J. C. PENNEY COMPANY, INC., ET AL.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SOPHIE A. MADDOX, ET AL., | ) Case No. 2:11-CV-02353-JAM-DAD |
|  | ) |
| Plaintiffs, | ) |
|  | ) STIPULATION AND ORDER TO EXTEND |
| vs. | ) TIME FOR DISCOVERY |
|  | ) |
| J. C. PENNEY COMPANY, INC., ET AL., | ) |
|  | ) |
| Defendants. | ) |
|  | ) Judge: John A. Mendez |

STIP & [PROPOSED] ORDER TO EXTEND TIME FOR DISCOVERY
Case No. 2:11-CV-02353-JAM-DAD                                                                                          -1-

WHEREAS, the parties have mutually agreed to mediation in this case and desire to postpone further discovery while attempting to resolve the case, the parties hereby stipulate to extend the deadlines set in the Court's November 8, 2011 Pre-Trial Scheduling Order as follows:

The parties shall make expert witness disclosures under Fed. R. Civ. P. 26 (a) (2) by October 26, 2012.  Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26 (a) (2) (c) shall be made by November 2, 2012.

The parties shall file joint mid-litigation statements by November 9, 2012.

All discovery shall be completed by November 16, 2012.

All other provisions and dates in the Court's Pre-Trial Scheduling Order, including the March 18, 2013 jury trial date, shall remain unchanged.

DATED:  August _____, 2012				LAWLESS & LAWLESS

							By:	_____
								Therese M. Lawless
								Lisa P. Mak
								Attorneys for Plaintiffs

DATED:  August _____, 2012				BERRY & BLOCK LLP

							By:	_____
								Rex D. Berry
								Attorneys for Defendants

ORDER

IT IS SO ORDERED, AS STIPULATE D ABOVE.

DATED:  8/13/2012					/s/ John A. Mendez
							Hon. John A. Mendez
							U. S. DISTRICT COURT JUDGE