| | |
|---|---|
| 1 | REX DARRELL BERRY, State Bar No. 110219 |
|   | BERRY & BLOCK LLP |
| 2 | 2150 River Plaza Drive, Suite 415 |
|   | Sacramento, CA  95833 |
| 3 | (916) 564-2000 |
|   | (916) 564-2024 FAX |
| 4 | |
|   | CATHERINE C. KAYS (TX State Bar No. 04384300) |
| 5 | *Admitted Pro Hac Vice* |
|   | J.C. PENNEY CORPORATION, INC. |
| 6 | 6501 Legacy Drive, MS 1122 |
|   | Plano, Texas 75024 |
| 7 | (972) 431-1239 |
|   | (972) 431-1133 FAX |
| 8 | |
|   | Attorneys for Defendant |
| 9 | J.C. PENNEY CORPORATION, INC. |
| 10 | |
|   | THERESE LAWLESS, State Bar No. 127341 |
| 11 | LISA P. MAK, State Bar No. 260281 |
|   | LAWLESS & LAWLESS |
| 12 | 180 Montgomery Street, Suite 2000 |
|   | San Francisco, CA   94101 |
| 13 | (415) 391-7555 |
|   | (415) 391-4228 FAX |
| 14 | |
|   | Attorneys for Plaintiffs |
| 15 | SOPHIE A. MADDOX, PHYLLIS DANOS, JOANN WETHERN, IDA LOCKE-REESE, |
|   | THERESA K. SCHMART and SHARLEEN HESLA |
| 16 | |

**THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | | |
|---|---|---|
| SOPHIE A. MADDOX, PHYLLIS DANOS, JOANN WETHERN, IDA LOCKE-REESE, THERESA K. SCHMART and SHARLEEN HESLA, | ) ) ) ) ) | Case No. 2:11-CV-02353-JAM-DAD |
| Plaintiffs, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE HEARING DATE AND OPPOSITION/REPLY DATES FOR MOTION FOR SUMMARY JUDGMENT** |
| v. | ) ) | |
| J.C. PENNEY COMPANY, INC., J.C. PENNEY CORPORATION, INC., a business entity, and DOES ONE through FIFTY, inclusive, | ) ) ) ) | **[Motion currently set for October 17, 2012]** |
| Defendants. | ) ) ) | |

1

**STIPULATION AND [PROPOSED] ORDER TO MOVE MOTION FOR SUMMARY JUDGMENT HEARING DATE AND OPPOSITION/REPLY DATES**

PDF created with pdfFactory trial version www.pdffactory.com

1 | IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that:

1. The current hearing date of October 17, 2012 set for Defendant J.C. PENNEY CORPORATION, INC.'s pending motion for summary judgment shall be continued from October 17, 2012 to November 7, 2012 at 9:30 a.m.

2. The dates by which the parties must file their respective opposition and reply papers to the motion shall be based on the new hearing date of November 7, 2012.

DATED:  September 25, 2012                BERRY & BLOCK LLP


By  /s/ *Rex Darrell Berry, Esq.*
REX DARRELL BERRY
Attorneys for Defendant
J.C. PENNEY CORPORATION, INC.


DATED:  September 25, 2012                LAWLESS & LAWLESS


By  /s/ *Lisa P. Mak, Esq.*
LISA P. MAK
Attorneys for Plaintiffs

2

**STIPULATION AND [PROPOSED] ORDER TO MOVE MOTION FOR SUMMARY JUDGMENT HEARING DATE AND OPPOSITION/REPLY DATES**

PDF created with pdfFactory trial version www.pdffactory.com

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the current hearing date of October 17, 2012 for Defendant J.C. PENNEY CORPORATION, INC.'s pending motion for summary judgment shall be continued to November 7, 2012 at 9:30 a.m. The filing dates for the parties' respective opposition and reply papers shall be based on the new hearing date of November 7, 2012.

IT IS SO ORDERED.

Date:  9/25/2012                              /s/ John A. Mendez
                                              HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE