1  REX DARRELL BERRY, State Bar No. 110219
   BERRY & BLOCK LLP
2  2150 River Plaza Drive, Suite 415
   Sacramento, CA 95833
3  (916) 564-2000
   (916) 564-2024 FAX
4

5  CATHERINE C. KAYS (TX State Bar No. 04384300)
   *Admitted Pro Hac Vice*
   J.C. PENNEY CORPORATION, INC.
6  6501 Legacy Drive, MS 1122
   Plano, Texas 75024
7  (972) 431-1239
   (972) 431-1133 FAX
8

   Attorneys for Defendant
9  J.C. PENNEY CORPORATION, INC.

10

11 THERESE LAWLESS, State Bar No. 127341
   LISA P. MAK, State Bar No. 260281
   LAWLESS & LAWLESS
12 180 Montgomery Street, Suite 2000
   San Francisco, CA 94101
13 (415) 391-7555
   (415) 391-4228 FAX
14

   Attorneys for Plaintiffs
15 SOPHIE A. MADDOX, PHYLLIS DANOS, JOANN WETHERN, IDA LOCKE-REESE,
   THERESA K. SCHMART and SHARLEEN HESLA
16

17                 **THE UNITED STATES DISTRICT COURT**

18       **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

19

| | |
|---|---|
| SOPHIE A. MADDOX, PHYLLIS DANOS, JOANN WETHERN, IDA LOCKE-REESE, THERESA K. SCHMART and SHARLEEN HESLA, | Case No. 2:11-CV-02353-JAM-DAD |
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE HEARING DATE AND OPPOSITION/REPLY DATES FOR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| J.C. PENNEY COMPANY, INC., J.C. PENNEY CORPORATION, INC., a business entity, and DOES ONE through FIFTY, inclusive, | **[Motion currently set for October 17, 2012]** |
| Defendants. | |

1
**STIPULATION AND [PROPOSED] ORDER TO MOVE MOTION FOR SUMMARY JUDGMENT HEARING DATE AND OPPOSITION/REPLY DATES**

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that:

2  1. The current hearing date of October 17, 2012 set for Defendant J.C. PENNEY CORPORATION, INC.'s pending motion for summary judgment shall be continued from October 17, 2012 to November 7, 2012 at 9:30 a.m.

3  2. The dates by which the parties must file their respective opposition and reply papers to the motion shall be based on the new hearing date of November 7, 2012.

DATED:  September 25, 2012                    BERRY & BLOCK LLP

                                              By   /s/ *Rex Darrell Berry, Esq.*
                                                 REX DARRELL BERRY
                                                 Attorneys for Defendant
                                                 J.C. PENNEY CORPORATION, INC.

DATED:  September 25, 2012                    LAWLESS & LAWLESS

                                              By   /s/ *Lisa P. Mak, Esq.*
                                                 LISA P. MAK
                                                 Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

IT IS HEREBY ORDERED that the current hearing date of October 17, 2012 for Defendant J.C. PENNEY CORPORATION, INC.'s pending motion for summary judgment shall be continued to November 7, 2012 at 9:30 a.m. The filing dates for the parties' respective opposition and reply papers shall be based on the new hearing date of November 7, 2012.

IT IS SO ORDERED.

Date:  9/25/2012                             /s/ John A. Mendez_____

                                             HONORABLE JOHN A. MENDEZ

                                             UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com