THERESE M. LAWLESS - Bar # 127341
LISA P. MAK - Bar # 260281
LAWLESS & LAWLESS
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 391-7555
Email: tlawless@lawlesssf.com
Email: lmak@lawlesssf.com

Attorneys for Plaintiffs
SOPHIE A. MADDOX, ET AL.

CATHERINE C. KAYS - TX State Bar No. 04384300
*Admitted Pro Hac Vice*
J.C. PENNEY CORPORATION, INC.
6501 Legacy Drive, MS 1122
Plano, TX 75024
Tel:  (972) 431-1239
Email: ckays@jcpenney.com

REX DARRELL BERRY - Bar # 110219
BERRY & BLOCK LLP
2150 River Plaza Dr., Suite 415
Sacramento, CA 95833
Tel:  (916) 564-2000
Email: rberry@berryblock.com

Attorneys for Defendants
J. C. PENNEY COMPANY, INC., ET AL.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SOPHIE A. MADDOX, ET AL., ) | Case No. 2:11-CV-02353-JAM-DAD |
| ) | |
| Plaintiffs, ) | |
| ) | STIPULATION AND REQUEST FOR |
| vs. ) | DISMISSAL |
| ) | |
| J. C. PENNEY COMPANY, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).


DATED:   October _____, 2012                 LAWLESS & LAWLESS


                                    By:   _____
                                          Therese M. Lawless
                                          Attorneys for Plaintiffs


DATED:   October _____, 2012                 J.C. PENNEY CORPORATION, INC.


                                    By:   _____
                                          Catherine C. Kays
                                          Attorneys for Defendants



<u>ORDER</u>

IT IS SO ORDERED, AS STIPULATE D ABOVE.


DATED: 10/22/2012                    /s/ John A. Mendez_____
                                     Hon. John A. Mendez
                                     U. S. DISTRICT COURT JUDGE