THERESE M. LAWLESS - Bar # 127341
LISA P. MAK - Bar # 260281
LAWLESS & LAWLESS
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 391-7555
Email: tlawless@lawlesssf.com
Email: lmak@lawlesssf.com

Attorneys for Plaintiffs
SOPHIE A. MADDOX, ET AL.

CATHERINE C. KAYS - TX State Bar No. 04384300
*Admitted Pro Hac Vice*
J.C. PENNEY CORPORATION, INC.
6501 Legacy Drive, MS 1122
Plano, TX 75024
Tel:  (972) 431-1239
Email: ckays@jcpenney.com

REX DARRELL BERRY - Bar # 110219
BERRY & BLOCK LLP
2150 River Plaza Dr., Suite 415
Sacramento, CA 95833
Tel:  (916) 564-2000
Email: rberry@berryblock.com

Attorneys for Defendants
J. C. PENNEY COMPANY, INC., ET AL.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| SOPHIE A. MADDOX, ET AL., | ) | Case No. 2:11-CV-02353-JAM-DAD |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | STIPULATION AND REQUEST FOR DISMISSAL |
| J. C. PENNEY COMPANY, INC., ET AL., | ) | |
| Defendants. | ) | |
| | ) | Judge: John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: October _____, 2012          LAWLESS & LAWLESS

                                    By: _____
                                        Therese M. Lawless
                                        Attorneys for Plaintiffs

DATED: October _____, 2012          J.C. PENNEY CORPORATION, INC.

                                    By: _____
                                        Catherine C. Kays
                                        Attorneys for Defendants

<u>ORDER</u>

IT IS SO ORDERED, AS STIPULATE D ABOVE.

DATED: 10/22/2012                   /s/ John A. Mendez
                                    Hon. John A. Mendez
                                    U. S. DISTRICT COURT JUDGE